IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO VARGAS, ) | 1:07cv0411 OWW DLB |
| ) | |
| ) | ORDER TO SUBMIT APPLICATION |
| ) | TO PROCEED IN |
| ) | FORMA PAUPERIS |
| Plaintiff, ) | |
| vs. ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| Defendant. ) | |

On March 14, 2007, Plaintiff, proceeding pro se, filed the present action for judicial review of the denial of Social Security benefits. On March 15, 2007, he submitted an application to proceed in forma pauperis. However, the application was not signed under penalty of perjury.

Accordingly, the Clerk of Court SHALL send Plaintiff another application to proceed in forma pauperis. Plaintiff is ORDERED to submit a completed application, including signature, within twenty (20) days of the date of service of this order.

IT IS SO ORDERED.

Dated:   **March 16, 2007**          /s/ Dennis L. Beck
9b0hie                                UNITED STATES MAGISTRATE JUDGE

1