IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO VARGAS,<br><br>            Plaintiff,<br><br>   vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | 1:07cv0411 OWW DLB<br><br>ORDER TO SHOW CAUSE |

      On March 14, 2007, Plaintiff, proceeding pro se, filed the present action for judicial review of the denial of Social Security benefits. On March 16, 2007, the Court ordered Plaintiff to submit a completed application to proceed in forma pauperis within twenty days, explaining that his original application was not signed under penalty of perjury. Over twenty days have passed and Plaintiff has failed to comply with the Court's order.

      Therefore, Plaintiff is ORDERED TO SHOW CAUSE, if any he has, why the action should not be dismissed for failure to comply with the March 16, 2007, order. Plaintiff is ORDERED to file a written response to this Order to Show Cause within twenty (20) days of the date of this Order. If

1

1  Plaintiff needs additional time to submit an application to proceed in forma pauperis, he should so
2  state in his response.
3        Failure to respond to this Order to Show Cause will result in dismissal of this action.
4
5     IT IS SO ORDERED.
6        **Dated:**   **April 16, 2007**              **/s/ Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE

2