IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PEDRO VARGAS, | ) | 1:07cv0411 OWW DLB |
| | ) | |
| | ) | |
| | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| Plaintiff, | ) | |
| | ) | (Document 5) |
| vs. | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On March 14, 2007, Plaintiff, proceeding pro se, filed the present action for judicial review of the denial of Social Security benefits.

On May 15, 2007, the Magistrate Judge issued Findings and Recommendation that Plaintiff's action be dismissed for failure to follow the Court's order and failure to prosecute the action. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty days. Over thirty days have passed and Plaintiff has not filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated May 15, 2007, is ADOPTED IN FULL; and

2. This action is DISMISSED.

This terminates this action in its entirety.

IT IS SO ORDERED.

**Dated:   June 19, 2007**                             /s/ Oliver W. Wanger
                                                                     UNITED STATES DISTRICT JUDGE

2